IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SUANNE M. CLAYTON,<br><br>        Plaintiff,<br>v.<br><br>DR. JAMES CRAIG, M.D;<br>SOUTHERN HEALTH CORP. OF ELLIJAY, INC. d/b/a NORTH GEORGIA MEDICAL CENTER; and SUNLINK HEALTH SYSTEMS, INC.,<br><br>        Defendants.. | CIVIL ACTION NO.:<br>2:12-CV-237 |

## CERTIFICATE OF INTERESTED PERSONS BY DEFENDANT SUNLINK HEALTH SYSTEMS, INC.

1.

The undersigned counsel of record for a party in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **Plaintiff:**        Suanne M. Clayton

    **Defendants:**    Dr. James Craig, M.D.;
                         Southern Health Corp. of Ellijay, Inc. d/b/a
                         North Georgia Medical Center;
                         SunLink Health Systems, Inc.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> **Breath of Life Home Health Equipment, Inc.**
> **Carmichael's Cash Pharmacy, Inc.**
> **Carmichael's Nutritional Distributor, Inc.**
> **Castlemark Properties, LLC**
> **Central Alabama Medical Associates, LLC**
> **Dexter Hospital, LLC**
> **Flint, Connolly & Walker, LLP**
> **Healthmont, LLC**
> **HealthMont of Georgia, Inc.**
> **HealthMont of Missouri, LLC**
> **Home Town Health, LLC**
> **Liberty Insurance Underwriters, Inc.**
> **LTC Scripts Rx, LLC**
> **MedCare Services, Inc.**
> **MedCare South, LLC**
> **Southeastern Healthcare Alliance, Inc.**
> **Southern Health Corporation of Dahlonega, Inc.**
> **Southern Health Corporation of Houston, Inc.**
> **SunLink Healthcare Professional Property, LLC**
> **SunLink Pharmacy Management, LLC**
> **SunLink Scripts Rx, LLC**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**John F. Connolly, Esq.**
**J. Alexis Pruitt, Esq.**
Attorneys for Plaintiffs
Flint, Connolly & Walker, LLP
131 E. Main Street
Canton, GA 30114

**Cynthia Matthews Daley, Esq.**
**Lauren E.H. Meadows, Esq.**
Attorneys for Defendants
Daley, Koster & LaVallee, LLC
2849 Paces Ferry Road, Suite 205
Atlanta, Georgia 30339
(678) 213-2401
cmdaley@dkllaw.com
lhmeadows@dkllaw.com

Respectfully submitted this 6th day of March, 2013.

                **DALEY, KOSTER & LAVALLEE, LLC**

                *s/Lauren E.H. Meadows*
                Cynthia Matthews Daley
                Georgia Bar No. 476520
                Lauren E.H. Meadows
                Georgia Bar No. 575757
                Attorneys for Defendant SunLink Health
                Systems, Inc.

2849 Paces Ferry Road, Suite 205
Atlanta, Georgia  30339
(678) 213-2401
(678) 213-2406 (fax)
cmdaley@dkllaw.com; lhmeadows@dkllaw.com

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF GEORGIA<br>GAINESVILLE DIVISION | |
| SUANNE M. CLAYTON,<br><br>          Plaintiff,<br><br>v.<br><br>DR. JAMES CRAIG, M.D; SOUTHERN HEALTH CORP. OF ELLIJAY, INC. d/b/a NORTH GEORGIA MEDICAL CENTER; and SUNLINK HEALTH SYSTEMS, INC.,<br><br>          Defendants. | Civil File Action No.:<br>2:12-CV-0237 |

## CERTIFICATE OF SERVICE

This is to certify that on March 6, 2013, I e-filed the foregoing using the Court's ECF Filing which will send an automatic notification to the following counsel:

> John F. Connolly
> J. Alexis Pruitt
> 131 E. Main Street
> Canton, GA 30114

**DALEY, KOSTER & LAVALLEE, LLC**

*s/Lauren E.H. Meadows*
Cynthia Matthews Daley
Georgia Bar No. 476520
Lauren E.H. Meadows
Georgia Bar No. 575757

5

6

        Attorneys for Defendant SunLink Health Systems, Inc.